# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KAREN RAWERS,

    Plaintiff,

v.                                                    No. CV 19-34 KS/CG

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant United States of America's Unopposed *Motion for Extension of Time to Answer*, (Doc. 10), filed May 17, 2019. In the Motion, Defendant states that it needs additional time to evaluate and review the claims. (Doc. 10 at 1). The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' deadline to file an answer or responsive pleading is hereby extended to **May 31, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE