IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAREN RAWERS,

    Plaintiff,

v.                                                No. CV 19-34 JB/CG

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 13), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for July 11, 2019, at 3:00 p.m. is hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE