IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAREN RAWERS,

    Plaintiff,

v.                                            No. CV 19-34 JB/CG

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, February 4, 2020, at 2:00 p.m.** The parties shall be prepared to discuss setting a settlement conference in this case.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE