IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAREN RAWERS,

    Plaintiff,

v.                                                                No. CV 19-34 JB/CG

UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. At the last status conference, the Court instructed counsel to contact the Court by "mid-April" regarding the parties' readiness to participate in a settlement conference. (Doc. 45 at 1). Counsel has not contacted the Court and the time for doing so has now passed.

    **IT IS THEREFORE ORDERED** that the parties shall submit a Joint Status Report no later than **May 14, 2020**. In the Report, counsel shall indicate their amenability to participate in a settlement conference and provide their availability for scheduling the conference. The parties are further instructed to indicate their willingness to conduct settlement proceedings via Zoom.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE